Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | FILED | ___ LODGED |
|---|---|---|
| ✓ FILED | |
| ___ RECEIVED | ___ COPY |

AUG 0 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

RONALD DANIEL MASTERS

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

TG ADMINISTRATION LLC
NANCY DICKENS
JOSH BROWN

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV25-02734-PHX-SMB**

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: RONALD DANIEL MASTERS
Street Address: 1805 WEST NARANJA AVENUE
City and County: MESA
State and Zip Code: ARIZONA 85202
Telephone Number: (214) 683-8927
E-mail Address: FOODMASTERS1960@YAHOO.COM

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                                 JOSH BROWN

Job or Title *(if known)*            HEAD GOLF PROFESSIONAL

Street Address                       15636 CLUBGATE DRIVE

City and County                      SCOTTSDALE

State and Zip Code                   ARIZONA  85254

Telephone Number                     480-624-1603

E-mail Address *(if known)*          JBROWN@TROON.COM

Defendant No. 2

Name                                 NANCY DICKENS

Job or Title *(if known)*            DIRECTOR OF OPERATIONS

Street Address                       15636 CLUBGATE DRIVE

City and County                      SCOTTSDALE

State and Zip Code                   ARIZONA 85254

Telephone Number                     480-624-1603

E-mail Address *(if known)*          NDICKENS@TROON.COM

Defendant No. 3

Name                                 TG ADMINISTRATION LLC

Job or Title *(if known)*

Street Address                       15044 N. SCOTTSDALE ROAD, Suite 300

City and County                      SCOTTSDALE

State and Zip Code                   ARIZONA

Telephone Number                     (480) 477-0546

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name *THE WESTIN RIERLANA GOLF CLUB*
Street Address *15636 CLUBGATE DRIVE*
City and County *SCOTTSDALE,*
State and Zip Code *ARIZONA*
Telephone Number *(480) 624- 1603*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes (check all that apply):

☐ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.

☒ Other acts (specify): FAILURE TO PAY MINIMUM WAGE

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
06. 01. 2023  THROUGH  07. 31. 23

C.    I believe that defendant(s) (check one):

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (check all that apply and explain):

☐ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)

☐ disability or perceived disability (specify disability)

_____ PLEASE SEE

E.    The facts of my case are as follows. Attach additional pages if needed. (ATTACHMENTS)

*. COMPANY FALSIFIED MY TIMECARD, CHANGED MY PAYRATE AND FAILED TO PAY ME MINIMUM WAGE. I HAVE A FINDINGS AND ORDER AND DETERMINATION FOR MINIMUM Wage FROM THE LABOR DEPARTMENT OF THE INDUSTRIAL COMMISSION OF ARIZONA

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

\* WHEN I reported UNlawful CONDUCT AND illegal ACTIVITY ON behalf OF JOSH BROWN AND NANCY DICKENS. IN RETALIATION FOR MY REPORT I WENT FROM Full TIME TO - 8 hours PER WEEK PRIVELEGES WERE TAKEN AWAY, EXCLUDED FROM MEETINGS AND WRITTEN UP 2x IN ONE DAY PERIOD.

\* THE COMPANY CLAIMS They Cut MY HOURS BECAUSE OF RENNOVATIONS YET NO OTHER EMPLOYEE HAD THEIR HOURS CUT.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

DECEMBER 4TH, 2023

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)*  7.28.2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. PLEASE SEE ATTACHMENTS

\* LOST WAGES, BENEFITS AND PROMOTIONS        $93,400

\* PUNITIVE DAMAGES                                       $75,000

\* EMOTIONAL DISTRESS                                   $35,000

\* COURT FEES IF IMPOSED

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *07.31.2025*

Signature of Plaintiff    *Ronald Daniel Masters*

Printed Name of Plaintiff    *RONALD DANIEL MASTERS*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

PLEASE
SEE

ATTACHMENTS

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/21/2025

**To:** Ronnie Masters
1805 W. Naranja Ave.
Mesa, AZ 85202
Charge No: 540-2024-01664

EEOC Representative and email:     JEREMY YUBETA
Enforcement Manager
jeremy.yubeta@eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2024-01664

On behalf of the Commission,

Melinda Caraballo
District Director

**Mr. Ronnie Masters - 10157154 - Troon Golf L.L.C.**

## Compensation Summary

### Current Salary for Ronnie Daniel Masters

| | |
|---|---|
| **Pay currency** | US Dollar (USD) |
| **Annual** | $36,400.00 |
| **Period** | $1,400.00 |
| **Weekly** | $700.00 |
| **Hourly** | $17.5000 |

| | |
|---|---|
| **Last change** | 06/20/2022 |
| **Percent change** | 55.54 % |

MEETING

* 06. 01. 23.  10:30 AM

### Other Rates

| | |
|---|---|
| Other rate 1 | $0.0000 |
| Other rate 2 | $0.0000 |
| Other rate 3 | $0.0000 |
| Other rate 4 | $0.0000 |

* LIFE HAS BEEN MISERABLE SINCE!

### Job Details

| | |
|---|---|
| Job | Asst Golf Professional |
| Salary grade | None |
| Pay frequency | Biweekly |
| Scheduled hours | 80.0000 |
| Hourly/Salaried | Hourly |
| Original hire | 09/09/2021 |
| Last hire | 02/17/2023 |
| Date in job | 02/17/2023 |

**Mr. Ronnie Masters - 10157154 - Troon Golf L.L.C.**

## ASSTGP - Asst Golf Professional

02/17/2023

## Job

| | |
|---|---|
| Effective | 02/17/2023 |
| Status | A - Active |
| Reason | 101 - Rehire |
| Job | ASSTGP - Asst Golf Professional |
| Description | Asst Golf Professional |
| Alternate title | |
| Salary grade | None |
| Pay scale | |
| Salary step | |
| FLSA | Non-Exempt |
| Workers' compensation | 9060 - WC CLUBS COUNTRY OR GOLF |

## Payroll

| | |
|---|---|
| Pay group | P001 - Bermuda Biweekly |
| Pay frequency | B - Biweekly |
| Scheduled hours | 80.0000 |
| Employee type | REG - Regular |
| Hourly/Salaried | Salaried |
| Full/Part time | Full Time |
| Shift | Z - None |

## Organization

| | |
|---|---|
| Supervisor | Joshua Brown |
| Company | TG Administration LLC |
| Location | AZ0002 - Westin Kierland Golf Club |
| Division | DV001 - Troon |
| Organization | A036 - Kierland |
| Department | A03611 - Golf Pro |
| National union | |



**TROON**®

TG Administration LLC
15044 N Scottsdale Rd
Suite 300
Scottsdale, AZ 85254

*FALSEFLED TIMECARD* (handwritten)

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/25/2023 |
| Period End Date | 04/07/2023 |
| Pay Date | 04/14/2023 |
| Document | 552300 |

**Net Pay    $979.09**

## Pay Details

**Ronnie Daniel Masters**
1805 West Naranja Ave
Mesa, AZ 85202
USA

| | | | |
|---|---|---|---|
| Employee Number | 10157154 | Pay Group | Bermuda Biweekly |
| SSN | XXX-XX-XXXX | Location | Westin Kierland Golf Club |
| Job | Asst Golf Professional | Division | DV001 - Troon |
| Pay Rate | $17.5000 | Organization | A036 - Kierland |
| Pay Frequency | Biweekly | Department | A03611 - Golf Pro |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GS Golf | 1 | Asst Golf Professional | | | $45.45 | |
| GS Golf | 2 | Asst Golf Professional | | | $14.39 | $176.38 |
| Regular Hours | 1 | Asst Golf Professional | 8.2167 | $17.5000 | $143.79 | |
| Regular Hours | 1 | Min Wage Rate | 7.5333 | $13.8500 | $104.34 | |
| Regular Hours | 1 | Min Wage Rate | 7.2833 | $13.8500 | $100.87 | |
| Regular Hours | 1 | Asst Golf Professional | 9.0667 | $17.5000 | $158.67 | |
| Regular Hours | 1 | Guest Service Attendant | 7.9000 | $10.8500 | $85.72 | |
| Regular Hours | 2 | Asst Golf Professional | 8.4833 | $17.5000 | $148.46 | |
| Regular Hours | 2 | Asst Golf Professional | 7.6000 | $17.5000 | $133.00 | |
| Regular Hours | 2 | Asst Golf Professional | 8.1833 | $17.5000 | $143.21 | |
| Regular Hours | 2 | Guest Service Attendant | 6.6167 | $10.8500 | $71.79 | |
| Regular Hours | 2 | Guest Service Attendant | 7.7667 | $10.8500 | $84.27 | $4,182.67 |
| Tips Cash | 1 | Asst Golf Professional | | | $25.00 | |
| Tips Cash | 2 | Asst Golf Professional | | | $25.00 | |
| Tips Cash | 2 | Asst Golf Professional | | | $25.00 | $75.00 |
| Weekly OT | | | 0.0000 | $0.0000 | $0.00 | $19.83 |
| Weekly OT Prem | | | 0.0000 | $0.0000 | $0.00 | $10.48 |

*(handwritten annotations: "RATE CHANGED", "NOT MIN WAGE", "RATE CHANGED NOT MINIMUM WAGE", "DID NOT RECEIVE")*

Total Hours Worked  0.0000       Total Hours  78.6500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $65.45 | $87.44 | $16.36 | $21.86 |
| Cash Tips | No | $75.00 | $75.00 | $0.00 | $0.00 |
| EPLI ER | No | $0.00 | $0.00 | $3.94 | $11.82 |

## Taxes

*HAVE CONTACTED H.R. ON 5 DIF. OCCASSIONS* (handwritten)


**TROON** ®

TG Administration LLC
15044 N Scottsdale Rd
Suite 300
Scottsdale, AZ 85254

*FALSEFLED TIME CARD*

**Pay Statement**

| Period Start Date | 04/08/2023 |
|---|---|
| Period End Date | 04/21/2023 |
| Pay Date | 04/28/2023 |
| Document | 570839 |

**Net Pay**    **$1,075.48**

## Pay Details

**Ronnie Daniel Masters**
1805 West Naranja Ave
Mesa, AZ 85202
USA

| | | | |
|---|---|---|---|
| Employee Number | 10157154 | Pay Group | Bermuda Biweekly |
| SSN | XXX-XX-XXXX | Location | Westin Kierland Golf Club |
| Job | Asst Golf Professional | Division | DV001 - Troon |
| Pay Rate | $17.5000 | Organization | A036 - Kierland |
| Pay Frequency | Biweekly | Department | A03611 - Golf Pro |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GS Golf | 1 | Asst Golf Professional | | | $10.21 | |
| GS Golf | 2 | Asst Golf Professional | | | $33.57 | $220.16 |
| Hol Prem 1x | 1 | Min Wage Rate *RATE CHANGED* | 8.2833 | $13.8500 | $114.72 | $114.72 |
| Holiday Wrkd | 1 | Min Wage Rate | 8.2833 | $13.8500 | $114.72 | $114.72 |
| Regular Hours | 1 | Asst Golf Professional | 8.2167 | $17.5000 | $143.79 | |
| Regular Hours | 1 | Asst Golf Professional | 4.2500 | $17.5000 | $74.38 | |
| Regular Hours | 1 | Asst Golf Professional | 8.5000 | $17.5000 | $148.75 | |
| Regular Hours | 1 | Asst Golf Professional | 8.0667 | $17.5000 | $141.17 | |
| Regular Hours | 2 | Asst Golf Professional | 5.5167 | $17.5000 | $96.54 | |
| Regular Hours | 2 | Asst Golf Professional | 7.7000 | $17.5000 | $134.75 | |
| Regular Hours | 2 | Guest Service Attendant *NOT MIN WAGE* | 8.3500 | $10.8500 | $90.60 | |
| Regular Hours | 2 | Min Wage Rate | 8.6667 | $13.8500 | $120.03 | |
| Regular Hours | 2 | Min Wage Rate | 8.8500 | $13.8500 | $122.57 | $5,255.25 |
| Tips Cash | 2 | Asst Golf Professional *DID NOT RECEIVE* | | | $25.00 | $100.00 |
| Weekly OT | | | 0.0000 | $0.0000 | $0.00 | $19.83 |
| Weekly OT Prem | | | 0.0000 | $0.0000 | $0.00 | $10.48 |

Total Hours Worked  0.0000          Total Hours  76.4000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $68.54 | $155.98 | $17.14 | $39.00 |
| Cash Tips | No | $25.00 | $100.00 | $0.00 | $0.00 |
| EPLI ER | No | $0.00 | $0.00 | $3.94 | $15.76 |

## Taxes



*FALSEFIED Time Cards* (handwritten)

**TROON**

TG Administration LLC
15044 N Scottsdale Rd
Suite 300
Scottsdale, AZ 85254

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/22/2023 |
| Period End Date | 05/05/2023 |
| Pay Date | 05/12/2023 |
| Document | 590615 |

**Net Pay**    **$1,005.59**

## Pay Details

**Ronnie Daniel Masters**
1805 West Naranja Ave
Mesa, AZ 85202
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10157154 | Pay Group | Bermuda Biweekly |
| SSN | XXX-XX-XXXX | Location | Westin Kierland Golf Club |
| Job | Asst Golf Professional | Division | DV001 - Troon |
| Pay Rate | $17.5000 | Organization | A036 - Kierland |
| Pay Frequency | Biweekly | Department | A03611 - Golf Pro |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GS Golf | 1 | Asst Golf Professional | | | $59.39 | $279.55 |
| Hol Prem 1x | | | 0.0000 | $0.0000 | $0.00 | $114.72 |
| Holiday Wrkd | | | 0.0000 | $0.0000 | $0.00 | $114.72 |
| PTO | 2 | Asst Golf Professional | 8.0000 | $17.5000 | $140.00 | $140.00 |
| Regular Hours | 1 | Asst Golf Professional | 1.1000 | $17.5000 | $19.25 | |
| Regular Hours | 1 | Asst Golf Professional | 8.0833 | $17.5000 | $141.46 | |
| Regular Hours | 1 | Asst Golf Professional | 8.1333 | $17.5000 | $142.33 | |
| Regular Hours | 1 | Guest Service Attendant *NOT EVEN MIN WAGE* | 7.7667 | $10.8500 | $84.27 | |
| Regular Hours | 1 | Min Wage Rate | 7.7000 | $13.8500 | $106.64 | |
| Regular Hours | 1 | Min Wage Rate *RATE CHANGED* | 7.2167 | $13.8500 | $99.95 | |
| Regular Hours | 2 | Asst Golf Professional | 7.7667 | $17.5000 | $135.92 | |
| Regular Hours | 2 | Asst Golf Professional | 8.0000 | $17.5000 | $140.00 | |
| Regular Hours | 2 | Min Wage Rate | 7.6000 | $13.8500 | $105.26 | |
| Regular Hours | 2 | Min Wage Rate *RATE CHANGED* | 7.5500 | $13.8500 | $104.57 | $6,334.90 |
| Tips Cash | 1 | Asst Golf Professional *DID NOT RECEIVE* | | | $25.00 | $125.00 |
| Weekly OT | 1 | Min Wage Rate | 1.0500 | $13.8500 | $14.54 | $34.37 |
| Weekly OT Prem | 1 | Min Wage Rate | 1.0500 | $8.4389 | $8.86 | $19.34 |

Total Hours Worked   0.0000     Total Hours   79.9667

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $66.37 | $222.35 | $16.59 | $55.59 |
| Cash Tips | No | $25.00 | $125.00 | $0.00 | $0.00 |
| Dental | Yes | $9.04 | $9.04 | $6.77 | $6.77 |
| EE Sup Life | No | $6.25 | $6.25 | $0.00 | $0.00 |



TG Administration LLC
15044 N Scottsdale Rd
Suite 300
Scottsdale, AZ 85254

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/06/2023 |
| Period End Date | 05/19/2023 |
| Pay Date | 05/26/2023 |
| Document | 611095 |

**Net Pay**     **$844.39**

## Pay Details

**Ronnie Daniel Masters**
1805 West Naranja Ave
Mesa, AZ 85202
USA

| | | | |
|---|---|---|---|
| Employee Number | 10157154 | Pay Group | Bermuda Biweekly |
| SSN | XXX-XX-XXXX | Location | Westin Kierland Golf Club |
| Job | Asst Golf Professional | Division | DV001 - Troon |
| Pay Rate | $17.5000 | Organization | A036 - Kierland |
| Pay Frequency | Biweekly | Department | A03611 - Golf Pro |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GS Golf | 1 | Asst Golf Professional | | | $85.24 | |
| GS Golf | 2 | Asst Golf Professional | | | $4.03 | $368.82 |
| Hol Prem 1x | | | 0.0000 | $0.0000 | $0.00 | $114.72 |
| Holiday Wrkd | | | 0.0000 | $0.0000 | $0.00 | $114.72 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $140.00 |
| Regular Hours | 1 | Guest Service Attendant | 7.4833 | $10.8500 | $81.19 | |
| Regular Hours | 1 | Min Wage Rate | 7.9833 | $13.8500 | $110.57 | |
| Regular Hours | 1 | Guest Service Attendant | 6.7667 | $10.8500 | $73.42 | |
| Regular Hours | 1 | Asst Golf Professional | 7.1333 | $17.5000 | $124.83 | |
| Regular Hours | 1 | Guest Service Attendant | 8.0667 | $10.8500 | $87.52 | |
| Regular Hours | 2 | Asst Golf Professional | 6.1667 | $17.5000 | $107.92 | |
| Regular Hours | 2 | Min Wage Rate | 5.5500 | $13.8500 | $76.87 | |
| Regular Hours | 2 | Guest Service Attendant | 7.8667 | $10.8500 | $85.35 | |
| Regular Hours | 2 | Asst Golf Professional | 7.8667 | $17.5000 | $137.67 | |
| Regular Hours | 2 | Asst Golf Professional | 7.7667 | $17.5000 | $135.92 | $7,356.16 |
| Tips Cash | 1 | Asst Golf Professional | | | $24.00 | |
| Tips Cash | 1 | Asst Golf Professional | | | $21.00 | |
| Tips Cash | 1 | Asst Golf Professional | | | $24.00 | |
| Tips Cash | 2 | Asst Golf Professional | | | $25.00 | $219.00 |
| Weekly OT | | | 0.0000 | $0.0000 | $0.00 | $34.37 |
| Weekly OT Prem | | | 0.0000 | $0.0000 | $0.00 | $19.34 |

*NEVER RECEIVED* (handwritten annotation)

Total Hours Worked  0.0000     Total Hours  72.6500

## Deductions

**TROON** ®

*FALSEFIED TIME CARD.*

*LABOR ADMIN@AZ1.GOV.*

*602-542-4661* *Lisa Padget*

*@az.us/dosc@azdc* *ATT: LISA PADGET*

TG Administration LLC
15044 N Scottsdale Rd
Suite 300
Scottsdale, AZ 85254

*Ref PER US DEPT OF LABOR*

### Pay Statement

| | |
|---|---|
| Period Start Date | 05/06/2023 |
| Period End Date | 05/19/2023 |
| Pay Date | 05/26/2023 |
| Document | 611095 |
| **Net Pay** | **$844.39** |

**Pay Details**

**Ronnie Daniel Masters**
1805 West Naranja Ave
Mesa, AZ 85202
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10157154 | Pay Group | Bermuda Biweekly | |
| SSN | XXX-XX-XXXX | Location | Westin Kierland Golf Club | |
| Job | Asst Golf Professional | Division | DV001 - Troon | |
| Pay Rate | $17.5000 | Organization | A036 - Kierland | |
| Pay Frequency | Biweekly | Department | A03611 - Golf Pro | |

*ONLINE FILED COMPLAIN 11.29.23 STATE LEVEL 1:00 PM*

### Earnings

*AZICA.GOV* *ICA - W MINIMUM WAGE LABOR - DEPART* *Divisions*

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| GS Golf | 1 | Asst Golf Professional | | | $85.24 | |
| GS Golf | 2 | Asst Golf Professional | | | $4.03 | $368.82 |
| Hol Prem 1x | | | 0.0000 | $0.0000 | $0.00 | $114.72 |
| Holiday Wrkd | | | 0.0000 | $0.0000 | $0.00 | $114.72 |
| PTO | | | 0.0000 | $0.0000 | $0.00 | $140.00 |
| Regular Hours | 1 | Guest Service Attendant | 7.4833 | $10.8500 | $81.19 | |
| Regular Hours | 1 | Min Wage Rate  *RATE CHANSED* | 7.9833 | $13.8500 | $110.57 | |
| Regular Hours | 1 | Guest Service Attendant | 6.7667 | $10.8500 | $73.42 | |
| Regular Hours | 1 | Asst Golf Professional | 7.1333 | $17.5000 | $124.83 | |
| Regular Hours | 1 | Guest Service Attendant | 8.0667 | $10.8500 | $87.52 | |
| Regular Hours | 2 | Asst Golf Professional | 6.1667 | $17.5000 | $107.92 | |
| Regular Hours | 2 | Min Wage Rate  *RATE CHANSED* | 5.5500 | $13.8500 | $76.87 | |
| Regular Hours | 2 | Guest Service Attendant | 7.8667 | $10.8500 | $85.35 | |
| Regular Hours | 2 | Asst Golf Professional | 7.8667 | $17.5000 | $137.67 | |
| Regular Hours | 2 | Asst Golf Professional | 7.7667 | $17.5000 | $135.92 | |
| Tips Cash | 1 | Asst Golf Professional | | | $24.00 | |
| Tips Cash | 1 | Asst Golf Professional | | | $21.00 | |
| Tips Cash | 1 | Asst Golf Professional | | | $24.00 | |
| Tips Cash | 2 | Asst Golf Professional | | | $25.00 | $219.00 |
| Weekly OT | | | 0.0000 | $0.0000 | $0.00 | $34.37 |
| Weekly OT Prem | | | 0.0000 | $0.0000 | $0.00 | $19.34 |

*Filed Complaint WITH US. Dept Labor 11.27.23 1:00 PM $7,356.16 VERBally*

| Total Hours Worked | 0.0000 | | Total Hours | 72.6500 |
|---|---|---|---|---|

### Deductions

**Mr. Ronnie Masters - 10157154 - Troon Golf L.L.C.**

## Compensation Summary

**Current Salary for Ronnie Daniel Masters**

| | |
|---|---|
| **Pay currency** | US Dollar (USD) |
| **Annual** | $36,400.00 |
| **Period** | $1,400.00 |
| **Weekly** | $700.00 |
| **Hourly** | $17.5000 |

| | |
|---|---|
| **Last change** | 06/20/2022 |
| **Percent change** | 55.54 % |

### Other Rates

| | |
|---|---|
| Other rate 1 | $0.0000 |
| Other rate 2 | $0.0000 |
| Other rate 3 | $0.0000 |
| Other rate 4 | $0.0000 |

### Job Details

| | |
|---|---|
| Job | Asst Golf Professional |
| Salary grade | None |
| Pay frequency | Biweekly |
| Scheduled hours | 80.0000 |
| Hourly/Salaried | Hourly |
| Original hire | 09/09/2021 |
| Last hire | 02/17/2023 |
| Date in job | 02/17/2023 |

* I WAS ALWAYS Punching IN ON Regular BASIS @ $17.50 HR. JOSH WAS Changing My Timecard WITHOUT Telling ME. Changing me From - 17.50 HR - TO - $13.85

* INSERTED $100.00 ON MY TIMECARD TO get ME TO MIN. WAGE. THAT I DID NOT Receive AND HAD to PAY TAXES ON.

* Requested MEETING 5.22.23

* THURSDAY 6.01.23 WE HAD MEETING 10 DAYS lATER WAS The BEST THEY COULD DO.

* 3.01.23 NEW PAY CODES INSERTED SHOULD HAVE BEEN Done 2.17.23 ?

* HAVE CAlleD H.R. 5 TIMES - NO RESPONSE?

* HIRED 2.17.23    ASST. GOLF PRO @ $17.50 HR FULL TIME

* WAS NOT ADVISED OF PAY RATE CHANGE WHEN ASKED TO perform A Different TASK.

* WORKED 4 OUTSIDE shifts @ $10.83 Per HOUR. RECEIVED NO TIPS
   Josh PUT $25 DAY ON MY PAYROLL SAYING I received TIPS.

* SPOKE TO JOSH & DereK BOTH AND WAS ASSURED IT WOULD BE HANDLED. IT WAS NOT!

* ASKED for meeting W- NANCY & Josh. TO GO OVER -    HAD MEETING ON THURSDAY

   SINCE MEETING

* Scheduled POSTED ON WED - FRIDAY The Schedule CHANGED, I WAS Removed from 2 GOLF Shop shifts AND PUT AS. P.A. MIN. WAGE

* Josh TAKING Pictures of me on Golf Course Supposedly OUT of Uniform.- I WAS WRITTEN UP!

* CAlled INTO office over CUSTOMER - EMAIL THAT WAS SENT. I have requested to see EMAIL.   Coached ON CUSTOMER Service

* OUTSIDE Service.    DO MY F--- JoB

* BEV CART - Why BEING Bullied

BEFORE THE LABOR DEPARTMENT OF THE INDUSTRIAL COMMISSION OF ARIZONA

RONNIE MASTERS

    Claimant

vs.

TG ADMINISTRATION, LLC
    Respondent

MW-2324-0023

FINDINGS AND ORDER
AND DETERMINATION
FOR MINIMUM WAGE

(Pursuant to A.A.C. R20-5-1213)

On December 4, 2023, RONNIE MASTERS ("Claimant") filed a minimum wage claim with the Labor Department of the Industrial Commission of Arizona (the "Department") against TG ADMINISTRATION, LLC ("Respondent").

Claimant states they were employed as a Food & Beverage employee at an hourly rate of $17.50, worked from February 18, 2023 to September 1, 2023, and are owed a total of $454.17 for unpaid minimum wage compensation.

The Department has authority to investigate this matter pursuant to Arizona Revised Statute ("A.R.S.") § 23-364 and Arizona Administrative Code ("A.A.C.") R20-5-1211(E). A.R.S. § 23-364(C) requires that the identity of Claimant be kept confidential as long as possible. Where it is determined that the Claimant's name must be disclosed in order to investigate a complaint further, the Department may do so only with the Claimant's consent. Claimant consented to the disclosure of their name for the purpose of this Findings and Order and Determination.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. It is undisputed that Respondent was Claimant's employer.

2. Claimant stated they are owed minimum wage from March 19, 2023 to May 25, 2023.

3. Respondent stated that Claimant did receive the tips recorded on the payroll records and that the minimum wage concern was previously resolved internally and a payment was issued to Claimant.

4. The Arizona minimum wage rate for the year 2023 was $13.85 per hour.

5. Pursuant to A.R.S. § 23-363(C), *"For any employee who customarily and regularly receives tips or gratuities from patrons or others, the employer may pay a wage up to $3.00 per hour less than the minimum wage if the employer can establish by its records of charged tips or by the employee's declaration for federal insurance contributions act (FICA) purposes that for each week, when adding tips received to wages paid, the employee received not less than the minimum wage for all hours worked."*

6. Payroll records show Claimant was paid $10.85 for each hour they worked in a tipped position.

7. There is no evidence showing Claimant secured the recorded tips.

8. Based on the evidence presented, Claimant was paid less than minimum wage for 6 work weeks, as illustrated below:

| Work Week Begin | Work Week End | Check Date | Total Hours Worked | Gross Wages Paid | Hourly Rate Conversion | AZ Legal Rate | Difference | Amount Owed |
|---|---|---|---|---|---|---|---|---|
| 3/25/2023 | 3/31/2023 | 4/14/2023 | 7.9 | $85.72 | $10.85 | $13.85 | $3.00 | $23.70 |
| 4/1/2023 | 4/7/2023 | 4/14/2023 | 6.62 | $71.83 | $10.85 | $13.85 | $3.00 | $19.86 |
| 4/15/2023 | 4/21/2023 | 4/28/2023 | 8.35 | $90.60 | $10.85 | $13.85 | $3.00 | $25.05 |
| 4/22/2023 | 4/28/2023 | 5/12/2023 | 15.53 | $168.54 | $10.85 | $13.85 | $3.00 | $46.59 |
| 5/6/2023 | 5/12/2023 | 5/25/2023 | 22.32 | $242.13 | $10.85 | $13.85 | $3.00 | $66.96 |
| 5/13/2023 | 5/19/2023 | 5/26/2023 | 7.87 | $85.35 | $10.84 | $13.85 | $3.01 | $23.69 |

9. Therefore, the Department finds that Claimant is owed $205.85 in minimum wage compensation from March 25, 2023 to May 19, 2023.

10. Pursuant to A.R.S. § 23-364(G), "*Any employer who fails to pay the wages or earned paid sick time required under this article shall be required to pay the employee the balance of the wages or earned paid sick time owed, including interest thereon, and an additional amount equal to twice the underpaid wages or earned paid sick time....*"

11. Based on the evidence presented, the Department concludes Claimant is owed a total of $691.81.
    a. $205.85 in wages owed.
    b. $411.70 in penalties (2 X $205.85 = $411.70)
    c. $74.26 in interest (8.5% (Prime Rate) + 1%)

12. Respondent previously paid Claimant $93.42 on June 3, 2023.

13. Therefore, the remaining amount owed to Claimant is $598.39 ($691.81 - $93.42 = $598.39)

### ORDER

Based on the investigation of this claim and after review of all of the evidence presented:

1. Respondent IS HEREBY DIRECTED to make a Negotiable Check or Money Order payable to Claimant in the gross amount of $598.39, which includes interest at the legal rate and an additional amount equal to twice the underpaid wages, subject to withholdings authorized by Federal and State law, with a written accounting for these deductions. Respondent shall send these funds directly to the LABOR DEPARTMENT.

**NOTICE TO CLAIMANT AND RESPONDENT:** If you do not agree with this Findings and Order and wish a hearing on the matter, your written Request for Hearing must be received at either office of the Industrial Commission of Arizona within THIRTY (30) DAYS after the date of mailing of this Findings and Order, A.A.C. R20-5-1214(A). Unless such written request is made within the time provided, this Findings and Order is final.

Failure to comply with this Findings and Order within 10 days following the finality of the Findings and Order may result in the matter being referred to a law enforcement officer.

Dated February 13, 2024

*Melissa Spurgeon*

Melissa Spurgeon, Director
Labor Department
For The Industrial Commission of Arizona
800 West Washington Street
Suite 403
Phoenix, Arizona 85007
(602) 542-4515
laboradmin@azica.gov

THE INDUSTRIAL COMMISSION COMPLIES WITH THE AMERICAN WITH DISABILITIES ACT OF 1990. IF YOU NEED ANY OF OUR DOCUMENTS IN ALTERNATIVE FORMAT, CONTACT THE LABOR DEPARTMENT AT 602-542-4515.

# THE INDUSTRIAL COMMISSION OF ARIZONA
## LABOR DEPARTMENT



## PAYMENT REMITTANCE INSTRUCTIONS

*Payment by credit card:*

Credit card payment can be made at https://azicagateway.az.gov/
- ➤ Click "Labor" at the top of the page.
- ➤ Provide the claim number, MW-2324-0023
- ➤ Provide the Claimant name,
- ➤ Select the type of payment being made.
- ➤ Complete your information.
- ➤ Click "Pay Now" at the bottom of the page.
- ➤ Complete your credit card information and the amount owed.
- ➤ If withholdings authorized by Federal and State law were deducted from the amount paid, promptly submit a written accounting for the deductions.

*Payment by check or money order:*

- ➤ Claim number, MW-2324-0023, is written on the check.
- ➤ The check or money order is in the correct gross amount, payable to the Claimant.
- ➤ If withholdings, authorized by Federal and State law, were deducted include a written accounting for the deductions.
- ➤ Detach the bottom portion and mail it with the check or money order to:
  **Industrial Commission of Arizona**
  **Attn: Labor Department**
  **P.O. Box 19070**
  **Phoenix, AZ 85005**

-------------------------------------------------------------------------

## Labor Department:

Claim No: MW-2324-0023
Respondent: TG ADMINISTRATION, LLC

Enclosed is a check/money order in the gross amount of:

☐  $ 598.39    payable to RONNIE MASTERS. Include a written accounting for any withholdings authorized by Federal and State law.

Contact
Person: _____    _____    _____
             (Print Name)    (Signature) (Telephone Number)

# THE INDUSTRIAL COMMISSION OF ARIZONA
## LABOR DEPARTMENT



# NOTICE OF SERVICE

The attached document has been placed in the Labor Department file, and a copy thereof was served upon all parties hereinafter named on February 14, 2024: (1) by depositing copies in the United States Mail in postage-prepaid, sealed envelopes addressed to such parties at the addresses designated below; or (2) if parties have waived service by United States Mail and specifically authorized service by e-mail, by serving copies by e-mail to the e-mail addresses designated below:

TG ADMINISTRATION, LLC
C/O TROON
ATTN: JEFF HANSEN
JHANSEN@TROON.COM

RONNIE MASTERS
FOODMASTERS1960@YAHOO.COM

# Ronnie Masters Timeline of Events:

02.17.2023    Hired as Assistant Golf Professional @ $17.50 Per Hour, full time.

* At no time were any different pay rates discussed.

03.22.2023    Josh sends me text message indicating he wanted me to be Player Assistant, nothing said

A pay rate change for this position.

03.25.2023    04.07.2023    Payroll

* Changed my pay rate on 5 shifts

* Inserted Cash tips that I never received, and I had to pay taxes on it.

* Document provided

04.08.2023    04.21.2023    Payroll

* Changed my pay rate on 5 shifts

* Inserted cash tips that I never received, and I had to pay taxes on it.

* Document provided.

04.22.2023    05.05.2023    Payroll

* Changed my pay rate on 5 shifts

* Overtime was involved on this pay period

* Inserted cash tips that I never received, and I had to pay taxes on it.

* Document provided.

05.06.2023    05.19.2023    Payroll

*Changed my pay rate to below minimum wage on 4 shifts.

* Inserted cash tips that I never received, and I had to pay taxes on it.

* Document provided.

* All along I thought I was being paid $17.50 per hour.

* After going through bank records I noticed my paychecks were getting smaller, I have

Direct deposit.

05.21.2023    * I pull all my paychecks from 2 months past and saw the fraudulent activity.

05.22.2023    * Requested meeting with Nancy Dickens, (Director of Golf @ Westin Kierland) and

Josh Brown, who is her assistant. 10 days later was the best they could do.

06.01.2023    * Meeting with Nancy Dickens and Josh Brown in her office. I provided documents.

Indicating fraudulent activity on my timecards and wanted it to be stopped. They accept

Responsibility for their actions and provided another check to make up for their wrong

Doings. The check was far less than expected and knew at this time I would contact HR.

06.02.2023    * I was removed from 2 of my shifts on a schedule that was already posted. When asked.

Why I was told that business was down? Did they remove anyone else from schedule?

06.03.2023    * I was written up for wearing the wrong color hat, I asked to see the uniform policy.

However, was never provided. Other employees that were in the same position were

Not written up.

06.05.2023    * I have a scheduled MRI on My lower back.

06.05.2023    * Reach out to Guy Gugden, (Vice President of Operations in Phoenix Area) Indicating

That I will be contacting HR. Guy was a friend when I was Director of Food & Beverage

At Longbow Golf Club, which is also managed by Troon.

06.06.2023    *Spoke to Guy Sugden regarding fraudulent activity on my payroll.

* Called HR

06.07.2023    * Called into office and was told by Josh that a customer sent e-mail indicating that

I need help on my customer service skills. When asked to see e-mail, not provided.

06.08.2023    * Called HR and received voice mail, left message.

06.16.2023     * Josh sends e-mail Indicating:

                * He personally picked up my tips from yesterday, why? Where did he pick them up From? He states that he is also claiming my tips of $80.00, why? Is he doing this for Everyone? It is my understanding that they train their employees to claim $3.00 per Hour.

- There will be a tip log sheet for me to receive any tips, Is everyone using a Tip log sheet?
- Human resources authorized Josh to declare tips on my payroll, I do not think that Is right. Is he doing this for all employees?
  Please see e-mail.

06.16.2023     * Called HR.

06.21.2023     * Spinal Injection in lower back.

06.26.2023     * I send Josh a text message indicating that I have called HR again.

                * New schedule comes out and I have one shift, I was hired for full time. Schedule 07.15.2023 Through 07.21.2023

06.29.2023     * 25 Minutes late on my hour commute, 1st time, I was written and all privileges were Taken away from me. Dining, golf and all discounts. Trevor was late on 06.14.2023 Please see text message, was he written up and all privileges taken away? John was late On 05.27.2023, please see text message, was he written up with all privileges taken Away? Lisa was one hour late on 06.16.2023, I opened that shift, was she written up And all privileges taken away?

06.29.2023     * Sent Guy Sugden text message indicating that they are bullying me, retaliating against Me for contacting HR and reporting unethical business practices.

07.03.2023     * Receive text message from Taylor, (30-year-Old Manager) Indicating that I do not need To come in for my shifts on 07.05.2023 & 07.06.2023 due to business being down. Were Others removed from schedule as well. Please see Text message.

07.04.2023     * Sent Taylor text message indicating that I would be contacting HR. Please see text message.

Called HR

| | |
|---|---|
| 07.06.2023 | * Sent text message to Guy Sugden indicating I have reached out to HR on 6 different Occasions and never able to speak with anyone. All my shifts have been taken away due To business?? Wrong, they were being filled by younger employees. I was hired full time And received 6 hours this week with no privileges! |
| 07.09.2023 | * Send copy of schedule to Guy Sugden, His response was, Sorry. |
| 07.23.2023 | * Josh called me in office and had a write up form for me to sign due to costing the The company money? I was unclear, refused to sign document because I knew in my Heart that he was just trying to get that 3rd write up (Troon Policy, I was a director for Troon in my previous position and knew what he was doing) and went home sick. |
| 07.24.2023 | * I contact Attorney, Elliot Isaac. |
| 07.25.2023 | * Hire attorney, Elliot Isaac. * I am still employed full time and receiving one shift per week |
| 09.01.2023 | * Supposedly terminated? The company never called me however their attorney, Jeff Hansen indicated in an e-mail to my attorney that I was terminated for abandoning My job? |

- I was bullied, humiliated in front of others, treated unfairly because of my age yet I always gave 110%!
- I was a good employee, late one time in 2 years!